UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                : 
CALVIN THOMPSON,                 :
        Plaintiff                :
                                :
     v.                          :     Civil Action No. 07-4928 (KSH)
                                :
UNION COUNTY DIVISION OF SOCIAL  :
SERVICES, et al.,                :     ORDER ON INFORMAL
        Defendants               :     APPLICATION
_____:

This matter having come before the Court by way of letter dated August 4, 2008, regarding the defendant's request to vacate the obligation to respond to discovery;

and the Court being advised that on July 31, 2008, the United States District Judge has dismissed the Complaint but allowed the plaintiff to file an Amended Complaint no later than thirty days after the date of the Opinion;

and as the dismissal of the Complaint eliminates any pending claims, there is no claims about which discovery can be conducted;

and it therefore appearing that the obligations to conduct discovery shall be vacated;

and the Court determining that if the plaintiff files an Amended Complaint, the an amended scheduling order can be issued;

and it appearing that if the plaintiff files his Amended Complaint within the deadline that Judge Hayden set, then the parties can discuss a revised schedule during the telephone conference on September 8, 2008 at 9:30 a.m.;

and for good cause shown,

IT IS THEREFORE ON THIS 6th day of August, 2008

ORDERED that the request to suspend the deadlines to serve and respond to interrogatories and document demands is granted;

IT IS FURTHER ORDERED that no discovery shall take place unless the plaintiff files an Amended Complaint within the deadline set by Judge Hayden's July 31, 2008 Opinion and Order; and

IT IS FURTHER ORDERED that if the plaintiff files an Amended Complaint, then there shall be a telephone conference on **September 8, 2008 9:30 a.m.** to discuss a revised schedule for pretrial proceedings.  If the plaintiff does not file an Amended Complaint, then the telephone conference will be cancelled and no further action will be taken in this case.

       s/Patty Shwartz
       United States Magistrate Judge